IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**WESTERN DISTRICT OF TN**
**FILED IN OPEN COURT:**
DATE: 10-03-05
TIME: 2:41 pm
INITIALS: E.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr. No. 05-10036-02-T |
| SAMUEL LAWRENCE, | |
| Defendant. | |

### ORDER ON ARRAIGNMENT

This cause came to be heard on October 3, 2005. The Assistant United States Attorney appeared on behalf of the government. The defendant's personal appearance was WAIVED and the following counsel, who is appointed, appeared for him:

NAME:       Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

S. Thomas Anderson
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    possession with intent to distribute cocaine base

Assistant U.S. Attorney assigned to case: Kitchen

Rule 32 was not waived.

Defendant's age: 21

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:05-CR-10036 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT